August 05, 2009

Mr. Michael R. McGown
Benckenstein, Norvell & Nathan, LLP
P.O. Box 551
Beaumont, TX 77704-0551
Mr. M. C. Carrington
Mehaffy & Weber, P.C.
P. O. Box 16
2615 Calder Ave. - Suite 800
Beaumont, TX 77004-0016

RE: Case Number: 09-0408
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE DIGITEK® LITIGATION

Dear Counsel:

 Today the Multidistrict Litigation Panel delivered the enclosed opinion in the above-referenced
cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
| | |